**Order filed, October 23, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-17-00792-CV

**KAREN MCANDREWS AND JOHN LOWE, Appellant**

**V.**

**JODY CRYSTAL  LOWE, Appellee**

---

### On Appeal from the 155th District Court
### Austin County, Texas
### Trial Court Case 2014J-6013

---

### ORDER

The reporter's record in this case was due October 20, 2017.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Diana Parker, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM